UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John A. Russo<br>                       Debtor(s) | |
| Lakeview Loan Servicing, LLC,<br>its successors and/or assigns<br>                       Movant<br>              v.<br>John A. Russo<br>                       Respondent(s)<br>              and<br>Jeffrey J. Sikirica, Trustee<br>                       Additional Respondent | BK. NO. 17-20999 CMB<br><br>CHAPTER 7<br>Related to Docket #____17____<br><br>**ENTERED BY DEFAULT** |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      AND NOW, this   14th day of August, 2017, at Pittsburgh, upon Motion of Lakeview Loan Servicing, LLC, it is

      **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 216 Euclid Avenue, Glassport, PA 15045 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*/s/ Carlota M. Böhm*
United States Bankruptcy Judge

kmt

John A. Russo
216 Euclid Avenue
Glassport, PA 15045

Brian J. Bleasdale, Esquire
101 Emerson Avenue
Aspinwall, PA 15215
bleasdb@yahoo.com

Jeffrey J. Sikirica
1200 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
SikiricaLaw@nauticom.net

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106


FILED
8/14/17 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-20999-CMB
John A. Russo                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe          Page 1 of 1         Date Rcvd: Aug 14, 2017
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
db           +John A. Russo,    216 Euclid Avenue,    Glassport, PA 15045-1331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2017 at the address(es) listed below:
      Brian J. Bleasdale    on behalf of Debtor John A. Russo bleasdb@yahoo.com
      James Warmbrodt     on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
       PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
                                                                                                 TOTAL: 5